**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6515**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

GAVIN RODERICK WHITE, a/k/a Joe White,

    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville.  Jackson L. Kiser, Senior District Judge.  (3:97-cr-00028-001)

Submitted:  December 16, 2008  Decided:  December 22, 2008

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gavin Roderick White, Appellant Pro Se.  Ray Burton Fitzgerald, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gavin Roderick White appeals the district court's orders denying relief on his motion for reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), and his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we deny White's motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. White, No. 3:97-cr-00028-001 (W.D. Va. Mar. 3, 2008; Mar. 17, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED